FILED
08 JAN 28 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,

vs.

COUNTY OF SAN MATEO, et. al.,

    Defendant.

CASE NO. C 08 0050 MMC (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, CHARLES CHATMAN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  SELF EMPLOYED, FEBRUARY 4, 1999, $30,000 - $50,000
5  a year
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,                 Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                             Yes ___ No ✓
14      d.   Pensions, annuities, or                    Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                                Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____   Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?  Yes ____ No __✓__
8  Estimated Market Value: $_____  Amount of Mortgage: $_____
9  6.  Do you own an automobile?  Yes ____ No __✓__
10  Make _____  Year _____  Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.  Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ____ No __✓__ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No __✓__
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ __0_____  Utilities: __0_____
23  Food: $ _____  Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  __0_____  $ __0_____  $ __0_____
27  __0_____  $ __0_____  $ __0_____
28  __0_____  $ __0_____  $ __0_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NO_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  _1-17-08_____          _Charles Chatmon_____
17     DATE                    SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Charles Chatman_ for the last six months
[prisoner name]
_High Desert State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0.00_.

Dated: _1-22-08_                    _[signature]_
                                    [Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST
CALIFORNIA DEPARTMENT OF CORRECTIONS

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         HIGH DESERT STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 22, 2007 THRU JAN. 22, 2008

ACCOUNT NUMBER : P99062              BED/CELL NUMBER: FCB4T1000000102L
ACCOUNT NAME   : CHATMAN, CHARLES JAMES    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                         TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE DESCRIPTION   COMMENT   CHECK NUM DEPOSITS WITHDRAWALS BALANCE
---- ---- ------------ --------- --------- --------- ----------- --------

07/22/2007   BEGINNING BALANCE                                      0.00

09/11 W512 LEGAL POSTAGE 1060 08/08                  0.41          0.41-
09/11 W919 REVERSE LEGAL 1060 08/08                  0.41-         0.00


                         CURRENT HOLDS IN EFFECT
     DATE     HOLD
    PLACED    CODE    DESCRIPTION              COMMENT      HOLD AMOUNT
    --------  ----    ----------------------   ----------   -----------
    09/18/2007 H110  COPIES HOLD               1227 COPY         0.50
    09/18/2007 H110  COPIES HOLD               1227 COPY         0.60
    10/03/2007 H110  COPIES HOLD               1439COPIES        0.20
    10/23/2007 H110  COPIES HOLD               1822COPIES        1.30
    11/02/2007 H110  COPIES HOLD               2040 COPY         0.60
    11/08/2007 H110  COPIES HOLD               2128 COPY         0.30
    12/13/2007 H110  COPIES HOLD               2602 COPY         0.50
    01/04/2008 H109  LEGAL POSTAGE HOLD        2916 12/24        0.58
    01/04/2008 H109  LEGAL POSTAGE HOLD        2916 12/24       10.55
    01/04/2008 H109  LEGAL POSTAGE HOLD        2916 12/24        1.14
    01/04/2008 H109  LEGAL POSTAGE HOLD        2916 12/24        1.14
    01/04/2008 H109  LEGAL POSTAGE HOLD        2916 12/24        1.14
    01/04/2008 H109  LEGAL POSTAGE HOLD        2916 12/24        5.70
    01/04/2008 H109  LEGAL POSTAGE HOLD        2916 12/24        5.70
    01/07/2008 H109  LEGAL POSTAGE HOLD        2924 12/31        1.14
    01/07/2008 H109  LEGAL POSTAGE HOLD        2924 12/31        1.14
    01/07/2008 H109  LEGAL POSTAGE HOLD        2933 01/02        0.41
    01/07/2008 H109  LEGAL POSTAGE HOLD        2933 01/02        0.41
    01/07/2008 H109  LEGAL POSTAGE HOLD        2933 01/02        0.58
    01/07/2008 H109  LEGAL POSTAGE HOLD        2933 01/02        0.41
    01/07/2008 H109  LEGAL POSTAGE HOLD        2933 01/02        4.90
    01/07/2008 H109  LEGAL POSTAGE HOLD        2935 01/03        0.58
    01/08/2008 H118  LEGAL COPIES HOLD         2985 01/07        3.40
    01/08/2008 H118  LEGAL COPIES HOLD         2985 01/07       14.60
    01/08/2008 H118  LEGAL COPIES HOLD         2985 01/07        2.60
    01/08/2008 H118  LEGAL COPIES HOLD         2985 01/07       29.40
    01/08/2008 H118  LEGAL COPIES HOLD         2985 01/07       11.40
    01/08/2008 H118  LEGAL COPIES HOLD         2985 01/07       53.90
    01/08/2008 H118  LEGAL COPIES HOLD         2985 01/07        7.80
    01/10/2008 H109  LEGAL POSTAGE HOLD        3035 01/09        5.30
    01/10/2008 H109  LEGAL POSTAGE HOLD        3035 01/09        4.60
    01/11/2008 H109  LEGAL POSTAGE HOLD        3078 01/11        0.58
    01/11/2008 H109  LEGAL POSTAGE HOLD        3078 01/11        0.58
    01/15/2008 H109  LEGAL POSTAGE HOLD        3110 01/15        0.41
```



HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 22, 2007 THRU JAN. 22, 2008

ACCT: P99062     ACCT NAME: CHATHAM, CHARLES JAMES     ACCT TYPE: I

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 01/15/2008 | H109 | LEGAL POSTAGE HOLD | 3110 01/15 | 0.41 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 174.50 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
174.50-



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:   1-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
TRUST OFFICE