IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

        Plaintiff,

  v.

COUNTY OF SAN MATEO, et al.,

        Defendants.
                                 /

No. CV-08-0050 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED with prejudice as time-barred.

Dated: August 28, 2008                                        Richard W. Wieking, Clerk

                                                                 By: Tracy Lucero
                                                                 Deputy Clerk